**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARLA PAGLIA,<br><br>            Plaintiff,<br>     vs.<br><br>MANN BRACKEN, LLP,<br><br>            Defendant. | Case No.: **2:09-cv-03564-MMM-FMO**<br><br>**[PROPOSED]** **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  March 1, 2010

*Margaret M. Morrow*
The Honorable Judge
Margaret M. Morrow
United States District Judge

1

[Proposed] Order